# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-984
_____

SAMANTHA HOFFMAN,

    Appellant,

    v.

SUNTRUST BANK, as guardian of
the Person of Samantha
Hoffman, and SUNTRUST BANK,
as Personal Representative of
the Estate of Eric Hoffman,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

September 18, 2018

PER CURIAM.

    AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Thomas L. Powell of The Powell Law Firm, Tallahassee, for Appellant.

Richard Bergman and Harrison Bergman of Bergman & Jacobs, P.A., Hollywood, for Appellee.